UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 5:11-CR-113-KKC-MAS-2 |
| Plaintiff, | |
| v. | **ORDER** |
| **TRELANE E. CHRISTOPHER,** | |
| Defendant. | |

*******************

This matter is before the Court on Magistrate Judge Matthew A. Stinnett's Report and Recommendation (DE 98) regarding Defendant Trelane E. Christopher's reported violations of supervised release conditions.

The United States Probation Office ("USPO") reported that Christopher violated his conditions of supervised release by testing positive for cocaine on a urine screen on or about February 28, 2025 (Violations 1); violating state, federal, or local law for the use of cocaine (Violation 2); and interacting with anyone engaged in criminal activity (Violation 3). After holding a preliminary hearing pursuant to Rule 32.1(b)(1)(A), the magistrate judge found probable cause that the allegations in the violation report were true. (DE 93.) At a subsequent detention hearing, Christopher stipulated to all three violations. The magistrate judge found that he made those stipulations knowingly, voluntarily, and intelligently. (DE 94.)

The magistrate judge now recommends that the Court revoke Christopher's supervision, sentence him to time served, and reimpose a term of supervision of 50 months. (DE 98 at 6.) The magistrate judge further recommends that the first six months of the new

term of supervision be served at the inpatient treatment program at Addiction Recovery Care. (*Id.* at 6-7.) Christopher has not filed any objections to the magistrate judge's recommendation within the allotted time of fourteen (14) days nor has he requested an extension of time to file objections. Further, Christopher has not waived his right to allocution before this Court.

Having reviewed the recommendation and agreeing with its analysis, the Court hereby ORDERS as follows:

1) The magistrate judge's Report and Recommendation (DE 98) is ADOPTED as the Court's opinion, to the extent that it finds Christopher guilty of Violations 1, 2, and 3; and

2) This matter is SET for an Allocution Hearing and sentencing on these violations to occur concurrently with the Final Revocation Hearing scheduled for Friday, May 16, 2025 at 11:30 a.m. at Lexington, Kentucky. Christopher may exercise his right to allocution at this time.

This 16th day of April, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY